No. 89–907.  COUNTY OF LOS ANGELES ET AL. *v.* CABRALES, 494 U. S. 1091.  Motion of respondent for award of attorney's fees denied without prejudice to renewal of the motion in the United States District Court for the Central District of California.

No. 89–1027.  NORFOLK & WESTERN RAILWAY CO. ET AL. *v.* AMERICAN TRAIN DISPATCHERS ASSN. ET AL.; and

No. 89–1028.  CSX TRANSPORTATION, INC. *v.* BROTHERHOOD OF RAILWAY CARMEN ET AL.  C. A. D. C. Cir.  [Certiorari granted, 494 U. S. 1055.]  Further consideration of motion of respondents American Train Dispatchers Association et al. to dismiss deferred for 120 days.  Further briefing in this case suspended for 120 days.

No. 89–7268.  IN RE GREEN; and

No. 89–7313.  IN RE GREEN.  Petitions for writs of mandamus denied.

No. 88–1847.  FORD MOTOR CREDIT CO., INC. *v.* DEPARTMENT OF REVENUE, STATE OF FLORIDA.  Appeal from Dist. Ct. App. Fla., 1st Dist.  Probable jurisdiction noted.

No. 89–680.  JAMES B. BEAM DISTILLING CO. *v.* GEORGIA ET AL.  Sup. Ct. Ga.  Certiorari granted.

No. 89–1217.  LEHNERT ET AL. *v.* FERRIS FACULTY ASSN. ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 89–1436.  UNITED STATES *v.* R. ENTERPRISES, INC., ET AL.  C. A. 4th Cir.  Certiorari granted.

No. 89–1646.  UNITED STATES ET AL. *v.* SMITH ET AL.  C. A. 9th Cir.  Certiorari granted.